### HAMILTON ET AL. *vs.* HUMPHRIES.

*By the court,* LACY J. HELD, that an appeal from a judgment of a justice of the peace, on an account, the circuit court cannot render a final judgment or default, without a writ of enquiry, or trying the cause on its merits.